# Exhibit B

**Caution:** This message originated from outside of the organization. Do Not Click links or Open attachments unless you recognize the sender and know the content is safe.

**A Message to SSA Employees**

**Subject: Indefinite Suspension of Advanced Leave**

Effective immediately and until further notice, SSA is suspending the granting of both advanced annual leave and advanced sick leave, agency wide. This suspension has no impact on employees' use of their earned annual and sick leave.

The American people depend on SSA to deliver on its mission every day, and that mission depends on a workforce that is present and performing the public service they rely on us for. Advanced leave, which is leave granted before it is earned, means employees are compensated for time away from our mission before the work has been done. The cumulative effect over the years of this policy is significant and unsustainable and impacts our service to the public. In a number of individual cases, advanced leave is unlikely to be earned back due to the large amount of hours. This is debt carried against the future work of all our employees, work that has not yet occurred, and work the public

expects us to deliver. This constrains our ability to invest in the people, tools, and resources our mission requires.

As of today, July 24, 2026, we will no longer accept any requests for advanced annual or sick leave. All pending requests will be denied. Existing advanced leave balances already granted are not affected by this suspension, but all outstanding balances must be repaid, even at separation in most instances. The suspension will remain in effect as we evaluate our efforts to reduce SSA's existing significant advanced leave balances. Employees' earned leave, along with existing programs such as the Voluntary Leave Transfer Program and Family and Medical Leave Act (FMLA), remain appropriate resources for employees to manage their individual circumstances.

Thank you for your continued commitment to the public we service.

Florence Felix-Lawson
Chief Human Capital Officer